1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>WILLIE HENDERSON,<br><br>Defendant. | CASE NO. CR15-131RSL<br><br>**ORDER CONTINUING TRIAL** |

THE COURT has considered the motion requesting a continuance of the trial date.

In light of the circumstances that are presented in the motion, THE COURT finds that a failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, within the meaning of 18 U.S.C. § 3161(h)(7)(B)(iv).  THE COURT also finds that the failure to grant a continuance of the trial date would result in a miscarriage of justice, 18 U.S.C. § 3161(h)(7)(B)(i).  THE COURT also finds that the ends of justice will be served by ordering a continuance in this case, that a continuance is necessary to ensure adequate time for effective case preparation, and that these factors outweigh the best interests of the public and the Defendant in a speedy trial.

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1      Accordingly, THE COURT ORDERS that the period of time from the current trial

2 date of July 20, 2015 to the new trial date of September 28, 2015, shall be excludable

3 time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and § 3161(h)(7)(B).

4

5 DONE this 13th day of July, 2015.

6

7

8                Robert S. Lasnik

9                United States District Judge

10

11

12 Presented by:

13

14 /s/ Thomas Woods
THOMAS WOODS

15 Assistant United States Attorney

16

17 /s/ Jennifer Wellman
JENNIFER WELLMAN

18 Assistant Federal Public Defender

19

20

21

22

23

24

25

26

27

28

ORDER CONTINUING TRIAL – 2
U.S. v. HENDERSON, CR15-131RSL